```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                           :    DOC #:
HIMELDA MENDEZ,                            :    DATE FILED: 02/21/2020
                       Plaintiff,          :
                                           :    19 Civ. 11536 (LGS)
          -against-                        :
                                           :             ORDER
RICK WESTER FINE ART, INC.,                :
                       Defendant.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 10, 2020 (Dkt. No. 5), required the parties to file a proposed case management plan and joint letter by February 20, 2020;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 24, 2020**, at **noon**.

Dated: February 21, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**